IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00002-CV

 

JOSE LUIS LOPEZ,

                                                                                    Appellant

 v.

 

amy elizabeth lopez,

                                                                                    Appellee

 

 

 



From the 19th District Court

McLennan County, Texas

Trial Court No. 2005-2429-1

 



STATEMENT OF RECUSAL



 








            I hereby recuse myself from further
participation in this case.

 

                                                                                    _____________________________

                                                                                    FELIPE REYNA

                                                                                    Justice

 

                                                                                    Date:
________________________

 






/span>

      Paul Privett pleaded guilty to misdemeanor charges of theft (Cause Number 93-185-CR) and
resisting arrest (Cause Number 93-186-CR), and the court assessed concurrent punishments of
ninety days in the Harris county jail. Tex. Penal Code Ann. §§ 31.03, 38.03 (Vernon 1994). 
He raises one point of error in each appeal, arguing that the court erred by failing to properly
admonish him in compliance with article 26.13 of the Code of Criminal Procedure: in Cause
Number 93-185-CR, he alleges that the court wholly failed to admonish him; in Cause Number
93-186-CR, he claims that the court admonished him with an incorrect range of punishment. Tex.
Code Crim. Proc. Ann. art. 26.13 (Vernon 1989 & Supp. 1996). However, article 26.13 does
not apply to misdemeanor guilty pleas. Price v. State, 866 S.W.2d 606, 610 (Tex. Crim. App.
1993); Empy v. State, 571 S.W.2d 526, 529-30 (Tex. Crim. App. 1978). Thus, the court is not
required to admonish the defendant before accepting his guilty plea to a misdemeanor charge. Id. 
Because article 26.13 does not apply to misdemeanor guilty pleas, we overrule his sole point in
each cause and affirm the judgments.
                                                                                PER CURIAM

Before Chief Justice Thomas,
      Justice Cummings, and
      Justice Vance
      (Chief Justice Thomas not participating)
Affirmed
Opinion delivered and filed February 14, 1996 
Do not publish